5442-354
BMS/tlp

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JANICE COLLINS, individually, | ) |
| Plaintiff, | ) |
| vs. | ) No.:  21-cv-02136-CSB-EIL |
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, an Illinois public entity, and KENNETH ERDEY, individually, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF IN EXCESS OF THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7.1(B)(4)**

NOW COME the Defendants, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and KENNETH ERDEY, by Brian M. Smith of Heyl, Royster, Voelker & Allen, their attorneys, and for their Motion for Leave to File Motion to Dismiss Plaintiff's Complaint Pursuant to 12(b)(6) and Memorandum of Law in Support Thereof in Excess of the Page Limitations Set Forth in Local Rule 7.1(B)(4)(c), state as follows:

1. Defendants have prepared and will be filing this day a Motion to Dismiss Plaintiff's Complaint Pursuant to 12(b)(6) and Memorandum of Law in Support Thereof.

2. Plaintiff's Complaint includes eight counts, consisting of 243 paragraphs, alleging multiple theories against the Defendants. Rather than file separate motions, one motion will be filed for Defendants.

3.      Defendants have made every reasonable effort to reduce the size of their Motion to Dismiss Plaintiff's Complaint Pursuant to 12(b)(6) and Memorandum of Law in Support Thereof; however, were unable to limit it to 15 pages or 7,000 words/45,000 characters. The relevant portions of the Motion and Memorandum are anticipated to be between 7,800 and 7,900 words in total length.

4.      Defendants request that the Motion to Dismiss Plaintiff's Complaint Pursuant to 12(b)(6) and Memorandum of Law in Support Thereof, in excess of the page limits set forth in Local Rule 7.1(B)(4), be allowed.

5.      No one shall be prejudiced by this Court allowing the motion in excess of the page limit.

WHEREFORE, these Defendants, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and KENNETH ERDEY, respectfully request this Court enter an Order allowing these Defendants to file a Motion to Dismiss Plaintiff's Complaint Pursuant to 12(b)(6) and Memorandum of Law in Support Thereof in excess of the page limitation and the type volume limitation set forth in Local Rule 7.1(B)(4), together with any other relief this Court deems fit.

Respectfully submitted,

THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS and KENNETH ERDEY, Defendants

BY: /s/ Brian M. Smith
Brian M. Smith
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
ARDC #: 6293822
301 North Neil Street, Suite 505
Champaign, IL  61820
Telephone  217.344.0060
Email: bsmith@heylroyster.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 24, 2021, I electronically filed the foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF IN EXCESS OF THE PAGE LIMITATIONS SET FORTH IN LOCAL RULE 7.1(B)(4) with the Clerk of the Court using the CM/ECF system, which will send notification to:

Mr. Thomas G. Gardiner
Gardiner Koch Weisberg & Wrona
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
Email: tgardiner@gkwwlaw.com

      I also hereby certify that I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant:  None.

                                                            s/ Brian M. Smith _____
                                                            Heyl, Royster, Voelker & Allen

40109021_1