IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| JANICE COLLINS, individually, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) Case No. 21-cv-02136-CLR-KLM ) |
| THE BOARD OF TRUSTEES, OF THE UNIVERSITY OF ILLINOIS an Illinois public entity, | ) ) The Honorable Judge Sue Myerscough ) The Magistrate Judge Karen L. ) McNaught |
| Defendant. | ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL

Plaintiff, JANICE COLLINS, hereby respectfully requests leave to withdraw the Appearance of the below-listed counsel:

Catherine M. Keenan
GARDINER KOCH WEISBERG & WRONA
53 West Jackson Boulevard, Suite 950
Chicago, Illinois  60604
(312) 362-0000
ckeenan@gkwwlaw.com

Thomas G. Gardiner will continue to represent Plaintiff, JANICE COLLINS. Accordingly, this Motion for Withdrawal of Appearance of Counsel will not prejudice any Party and will not affect the disposition of this matter.

Dated this 31st day of July, 2023.

[*REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK*]

Respectfully Submitted,

JANICE COLLINS

*/s/ Catherine M. Keenan*
Catherine M. Keenan
One of Plaintiff's attorneys


Catherine M. Keenan
ARDC No. 6256357
GARDINER KOCH WEISBERG & WRONA
53 West Jackson Boulevard, Suite 950
Chicago, Illinois  60604
(312) 362-0000
ckeenan@gkwwlaw.com

## Certificate of Service

I hereby certify that on July 31, 2023, a true and correct copy of the foregoing MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL was electronically filed with the Clerk of the Court for the United States District Court for the Central District of Illinois by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by and through the CM/ECF system.

                                                */s/ Catherine M. Keenan*
                                                Catherine M. Keenan