## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| JANICE COLLINS, individually, | ) ) |
| Plaintiff, | ) ) ) |
| -v- | ) Case No. 21-cv-02136 CLR-KLM ) |
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, an Illinois public entity, | ) ) ) The Honorable Judge Colleen R. Lawless ) The Magistrate Judge Karen L. McNaught ) ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

This is to notify the Court that the parties in this case have resolved the above-captioned case and are proceeding to document the settlement. The parties anticipate presenting a stipulation to the Court in the next four weeks.

Dated this 22nd day of November, 2024

                                                                                  Respectfully Submitted,

                                                                                   JANICE COLLINS

                                                                                    */s/ Thomas G. Gardiner*
                                                                                    One of Plaintiff's Attorneys

Thomas G. Gardiner (ARDC No. 6180243)
Hamza Jaka (ARDC No. 6329856)
John D. Scheflow (ARDC No. 6317115)
GARDINER KOCH WEISBERG & WRONA
121 W Wacker Drive, Suite 3600
Chicago, Illinois  60601
tgardiner@gkwwlaw.com
hjaka@gkwwlaw.com
jscheflow@gkwwlaw.com