E-FILED
Monday, 20 January, 2025  03:36:32 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | | |
|---|---|---|
| JANICE COLLINS, <br> individually, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| -v- | ) <br> ) | Case No. 21-cv-02136 CLR-KLM |
| THE BOARD OF TRUSTEES <br> OF THE UNIVERSITY OF ILLINOIS, <br> an Illinois public entity, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | The Honorable Judge Colleen R. Lawless <br> The Magistrate Judge Karen L. McNaught |
| Defendant. | ) | |

## STATUS REPORT ON SETTLEMENT

Pursuant to the Court's January 7, 2025 Order, the parties submit the following status report on settlement.

1. Status Of Settlement

**Statement of the Parties:**

Counsel for Plaintiff and Defendant have exchanged a settlement agreement. Currently, the parties have approved the settlement agreement, but payment and signature from Defendant is still pending. The parties anticipate being able to file dismissal documents within the next three weeks.

Dated this 20th day of January, 2025

Respectfully Submitted,

JANICE COLLINS

*/s/ Thomas G. Gardiner*
One of Plaintiff's Attorneys

Thomas G. Gardiner (ARDC No. 6180243)
Hamza Jaka (ARDC No. 6329856)
John D. Scheflow (ARDC No. 6317115)
GARDINER KOCH WEISBERG & WRONA
121 W Wacker Drive, Suite 3600
Chicago, Illinois 60601
tgardiner@gkwwlaw.com
hjaka@gkwwlaw.com
jscheflow@gkwwlaw.com


*/s/Brain M. Smith (with consent)*
One of Defendant's Attorneys

Brian M. Smith (ARDC No: 6293822)
Kathryn L. Johnson-Monfort
Katherine H. Anderson
Attorneys for Defendant
ARDC No. 6293822
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
301 Neil Street, Suite 505
Champaign, Illinois 61820
(217) 344-0060
bsmith@heylroyster.com
kjohnsonmonfort@heylroyster.com
kanderson@heylroyster.com