## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| JANICE COLLINS, individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> THE BOARD OF TRUSTEES ) <br> OF THE UNIVERSITY OF ILLINOIS, ) <br>    an Illinois public entity, ) <br> ) <br> ) <br> ) <br> Defendant. ) | Case No. 21-cv-02136 CLR-KLM <br><br> The Honorable Judge Colleen R. Lawless <br> The Magistrate Judge Karen L. McNaught |

### STIPULATION OF DISMISSAL

Plaintiff Janice Collins and Defendant The Board of Trustees of the University of Illinois, hereby agree and stipulate as follows:

1. Pursuant to the written settlement agreement between the parties, Plaintiff stipulates and agrees to dismiss all claims against the Defendant, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. Subject to the written settlement agreement between the parties, all parties shall bear their own respective attorneys' fees, costs, and expenses.

Respectfully submitted this day of February 6, 2025.

**SIGNATURES OF PARTIES**

| | |
|---|---|
| */s/ Thomas G. Gardiner* | */s/ Brian M. Smith (with consent)* |
| One of Plaintiff's Attorneys | One of Defendant 's Attorneys |
| Thomas G. Gardiner (ARDC No. 6180243) | Brian M. Smith (ARDC No. 6293822) |
| Hamza Jaka (ARDC No. 6329856) | Kathryn L. Johnson-Monfort |
| John D. Scheflow (ARDC No. 6317115) | Katherine H. Anderson |
| GARDINER KOCH WEISBERG & WRONA | HEYL ROYSTER VOELKER & ALLEN |
| 121 W Wacker Drive, Suite 3600 | 301 Neil Street, Suite 505 |
| Chicago, Illinois 60601 | Champaign, Illinois 61820 |
| (312) 362-0000 | (217) 344-0060 |
| tgardiner@gkwwlaw.com | bsmith@heylroyster.com |
| hjaka@gkwwlaw.com | kjohnsonmonfort@heylroyster.com |
| jscheflow@gkwwlaw.com | kanderson@heylroyster.com |